FILED
2006 Jan-23  AM 09:12
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| ANTHONY HUDSON,         ] | |
| ]  | |
| Plaintiff(s),           ] | |
| ]  | |
| vs.                     ] | CV05-CO-01878-W |
| ]  | |
| MANN-BRACKEN, LLC,      ] | |
| ]  | |
| Defendant(s).           ] | |

ORDER

Pursuant to the Plaintiff's Motion to Dismiss (Doc. 7), the plaintiff's Complaint and this action are hereby dismissed with prejudice. Plaintiff to bear his own costs.

Done this <u>23rd</u> day of <u>January 2006</u>.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
143449